United States District Court
Southern District of Texas
**ENTERED**
March 26, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CYNTHIA COMEAUX, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-22-2447 |
| § | |
| UNION SECURITY INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

# ORDER

This court has reviewed de novo Cynthia Comeaux's motion for summary judgment, (Docket Entry No. 24); the related briefing and administrative record, (Docket Entry Nos. 30, 31, 33-1, 36); and the United States Magistrate Judge's Report and Recommendation, (Docket Entry No. 37). *See* FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). No objections were filed. This court finds that the Magistrate Judge accurately identified the facts and correctly applied the law.

Based on this court's de novo review of the motion, the briefing, the record, and the applicable law, the court adopts the Report and Recommendation as this court's Memorandum and Order. Ms. Comeaux's motion for summary judgment, (Docket Entry No. 24), is denied. Union Security Insurance Company's decision to terminate Ms. Comeaux's long-term disability benefits is affirmed.

SIGNED on March 26, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge